In the Matter of the Claim of W. J. OSTERHOUT, Respondent, against TOWN OF ROCHESTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — This is an appeal by the employer and insurance carrier from an award in favor of the claimant, who ran a garage and who was employed to go out and help repair a steam shovel belonging to the town. There is no evidence in the case showing that he was an employee of the town, but the evidence shows that he was an independent contractor. Award reversed, and claim dismissed, with costs against the State Industrial Board. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of GOTTLIEB STRUPPEK, Respondent, against A. J. LUNDGREN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Appeal from an award of disability benefits. Claimant was hired by the foreman of the corporation and paid by it. The accident happened while claimant was repairing the railing of the stoop of No. 359 East One Hundred and Thirty-sixth street, New York city. The building was owned by Anna Lundgren, president of the corporation, and occupied by her family and that of her daughter, who was treasurer and secretary of the corporation. The corporation had its office in this building and it was necessary for employees to pass through the building to get to the shop in a separate building in the rear where the corporation manufactured its product. The corporation furnished the materials for the repairs. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of PATRICK MARTONE, Respondent, against BACTERIAL SEWAGE PURIFICATION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was struck on the head by a two-inch water pipe which he was attaching to a concrete mixer. The medical evidence sustains the finding made by the Board that a cataract, causing total loss of vision of the right eye, was the result of the blow. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.